DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CARLOS HONABLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:95-cr-240 EJG |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER RESETTING STATUS CONFERENCE |
| CARLOS HONABLE, ) | |
| Defendant. ) | Date: December 15, 2006<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Philip A. Talbert, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant CARLOS HONABLE that the status conference regarding the petition alleging violations of Supervised Release now set for December 15, 2006, at 10:00 a.m., be vacated and recalendared for January 12, 2007, at 10:00 a.m.

This continuance is sought to permit the government to complete its investigation whether additional charges are warranted by certain

aspects of this situation and the completion of discussions between counsel about possible resolution of the matter.

The court is advised that counsel have conferred; that they believe this continuance is reasonably likely to promote resolution of the charged violations, and that they agree that the Speedy Trial Act is not implicated by this request for a continuance, since these proceedings involve allegations of violation of a term of supervised release.

Dated: December 13, 2006        /S/ Philip A. Talbert
                                PHILIP A. TALBERT
                                Assistant U.S. Attorney
                                Counsel for Plaintiff

Dated: December 13, 2006        /S/ Jeffrey L. Staniels
                                JEFFREY L. STANIELS
                                Assistant Federal Defender
                                Attorney for Defendant
                                CARLOS HONABLE

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: December 14, 2006        /s/ Edward J. Garcia
                                Edward J. Garcia
                                Senior United States District Judge

Stipulation and Order            -2-