IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

CARLOS HONABLE,

        Defendant.
_____/

CR. NO. S-95-0240 EJG

ORDER OF REFERRAL

    Defendant, a federal prisoner proceeding pro se, has filed a motion seeking modification of sentence, reduction of sentence, downward departure, and immediate release from prison. Defendant's motion is based on a recent amendment to the United States Sentencing Guidelines which lowered base offense levels for crack cocaine. Although defendant has completed his original sentence, he is presently serving a term of imprisonment for violation of supervised release. He contends that the recent amendment relates to his original sentence and should result in a reduction or termination of his present incarceration.

1

1 | After examining the record, the court has determined that
2 | this matter should be referred to the Office of the Federal
3 | Defender for review.  The court will appoint the federal defender
4 | as counsel for defendant on the motion if the federal defender so
5 | requests.  The Clerk of Court shall serve a copy of defendant's
6 | motion and this order on the United States Attorney and on
7 | Assistant Federal Defender David Porter.
8 |     IT IS SO ORDERED.
9 | Dated: March 23, 2008

/s/ Edward J. Garcia
EDWARD J. GARCIA, JUDGE
UNITED STATES DISTRICT COURT